UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES McCLOUGH,<br><br>         Plaintiff,<br><br>    vs.<br><br>JIMMY KEENER, et al.,<br><br>         Defendants. | 1:12-cv-02076-LJO-GSA-PC<br><br>ORDER GRANTING DEFENDANTS'<br>REQUEST FOR LEAVE TO TAKE<br>PLAINTIFF'S DEPOSITION BY<br>VIDEOCONFERENCE<br><br>(Doc. 26.) |

       Charles McClough ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds on the initial Complaint filed by Plaintiff on December 26, 2012, against defendants Keener, Gonzales, Longoria, Flores, Cahlander, and Felix (collectively "Defendants") for use of excessive force against Plaintiff in violation of the Eighth Amendment.  (Doc. 1.)[1]

       This case is currently in the discovery phase, pursuant to the court's scheduling order issued on April 1, 2014.  (Doc. 21.)  On August 19, 2014, Defendants filed a request for leave to depose Plaintiff by videoconference.  Fed. R. Civ. P. 30(b)(4).  (Doc. 26.)

       Good cause having been shown, Defendants' request is HEREBY GRANTED.

IT IS SO ORDERED.

   Dated:   **August 21, 2014**             **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] On September 16, 2013, the court dismissed all other claims and defendants from this action, based on Plaintiff's failure to state a claim under § 1983.  (Doc. 8.)