# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MCCLOUGH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JIMMY KEENER, et al.,<br><br>　　　　Defendants. | 1:12-cv-02076-LJO-GSA-PC<br><br>ORDER REQUIRING DEFENDANTS TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE WOULD BE BENEFICIAL<br><br>TEN-DAY DEADLINE |

　　　　On February 26, 2015, the court issued an order requiring the parties to this action to notify the court, within thirty days, whether a settlement conference would be beneficial in this action.  (Doc. 32.)  On March 24, 2015, Plaintiff McClough filed a response to the order, notifying the court that he had contacted defense counsel, and they were in agreement that a settlement conference would be beneficial and would request the court to set a date for a settlement conference at the court.  (Doc. 33.)  The thirty-day period has expired, and Defendants have not filed a response to the court's order.

　　　　Before scheduling a settlement conference for this case, the court requires a written response from Defendants verifying their agreement that a settlement conference would be beneficial.  Defendants shall be required to file a written response to the court within ten days.

Based on the foregoing, IT IS HEREBY ORDERED that within **ten (10) days** from the date of service of this order, Defendants shall file a written response to this order, indicating whether they believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference scheduled by the Court.

IT IS SO ORDERED.

Dated:   **April 9, 2015**                              /s/ Gary S. Austin
                                                                UNITED STATES MAGISTRATE JUDGE