# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES McCLOUGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JIMMY KEENER, et al.,<br><br>　　　　Defendants. | Case No.  1:12-cv-02076-LJO-EPG PC<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES; AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN FIFTEEN DAYS |

The Court conducted a settlement conference in this action on December 11, 2015, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;

2. The parties shall file dispositional documents within fifteen (15) days from the date of service of this order; and

3. The Settlement Judge shall retain jurisdiction to only enforce the terms of settlement agreement reached by the parties on the record.

IT IS SO ORDERED.

Dated:   **December 11, 2015**　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1