1

2

3

4

5          UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF CALIFORNIA

7

8   CHARLES McCLOUGH,                          1:12-cv-02076-LJO-EPG-PC

9              Plaintiff,                       ORDER APPROVING STIPULATION TO
                                                DISMISS CASE WITH PREJUDICE
10        vs.                                   (ECF No. 45.)

11  JIMMY KEENER, et al.,                       ORDER DISMISSING CASE IN ITS
                                                ENTIRETY, WITH PREJUDICE
12             Defendants.
                                                ORDER FOR CLERK TO CLOSE CASE
13

14

15         Charles McClough ("Plaintiff") is a former state prisoner proceeding *pro se* with this

16  civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds on Plaintiff's initial

17  Complaint filed on December 26, 2012, against defendants Keener, Gonzales, Longoria, Flores,

18  Cahlander, and Felix (collectively "Defendants") for use of excessive force against Plaintiff in

19  violation of the Eighth Amendment.[1]

20         On December 17, 2015, a Stipulation for voluntary dismissal with prejudice was filed

21  with the Court by Defendants, containing the signatures of Plaintiff and counsel for

22  Defendants.  (ECF No. 45.)  After consideration of the Stipulation, the Court hereby approves

23  and orders the dismissal of this case as set forth.

24         Accordingly, IT IS HEREBY ORDERED that:

25         1.      The Stipulation filed in this action on December 17, 2015, is APPROVED as set

26                 forth;

27  _____

28         [1] On September 16, 2013, the Court dismissed all other claims and defendants from this action,
    based on Plaintiff's failure to state a claim under § 1983.  (ECF No. 8.)

1

2.       This case is DISMISSED in its entirety, with prejudice, each side to bear its own

litigation costs and attorney's fees;

3.       All pending motions are denied as moot; and

4.       The Clerk is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   __December 18, 2015__                __/s/ Lawrence J. O'Neill__
                                                                    UNITED STATES DISTRICT JUDGE